UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-61916-BLOOM/Valle

APPLE CORPS LIMITED and SUBAFILMS
LIMITED,

        Plaintiffs,

vs.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

        Defendants.
_____/

**SEALED ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION
TO EXTEND TEMPORARY RESTRAINING ORDER AND CONTINUE HEARING**

**THIS CAUSE** is before the Court upon Plaintiffs' *Ex Parte* Motion to Extend Temporary Restraining Order and to Continue Hearing Scheduled in Connection with Motion for Preliminary Injunction, ECF No. [14], filed September 29, 2020. Plaintiffs request the Sealed Temporary Restraining Order, dated September 23, 2020, be extended and the hearing in connection with Plaintiffs' Motion for Preliminary Injunction be continued to avoid prejudicing Defendants' right to appear and respond in a timely fashion. As of the filing of the Motion, Defendants had not yet been served because Plaintiffs were still awaiting responses to the Sealed Temporary Restraining Order from non-party financial institutions. Thereafter, Plaintiffs will serve Defendants. Therefore, to allow Defendants time to appear and respond to the Motion for Preliminary Injunction, a continuance is necessary. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

Case No. 19-cv-61916-BLOOM/Valle

1. Plaintiffs' *Ex Parte* Motion to Extend the Temporary Restraining Order and to Continue Hearing in Connection with Motion for Preliminary Injunction, **ECF No. [14]**, is **GRANTED.**

2. The Sealed Temporary Restraining Order, dated September 23, 2020, is hereby extended, and shall remain in effect until the date of the hearing on the Motion for Preliminary Injunction set forth below.

3. The Preliminary Injunction telephonic hearing currently set for October 1, 2020 at 10:30 a.m. is continued until **October 13, 2020, at 9:00 a.m.** The Court will hold a hearing on by video conference at which time Defendants or any other affected persons may challenge the appropriateness of the Sealed Temporary Restraining Order and move to dissolve the same and at which time the Court will hear argument on Plaintiffs' requested preliminary injunction. **The courtroom deputy will provide instructions to all parties regarding video conferencing.**

4. **Any response or opposition** to Plaintiffs' Motion for Preliminary Injunction must be filed and served on Plaintiffs' counsel forty-eight (48) hours prior to the hearing set for **October 13, 2020, at 9:00 a.m.,** and filed with the Court, along with Proof of Service. Plaintiffs shall file any **Reply Memorandum** twenty-four (24) hours prior to the hearing set for **October 13, 2020, at 9:00 a.m.** The above dates may be revised upon stipulation by all parties and approval of this Court. **Defendants are on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15 U.S.C. § 1116(d), The All Writs Act, 28 U.S.C. § 1651(a), Federal Rule of Civil Procedure 65, and this Court's inherent authority.**

Case No. 19-cv-61916-BLOOM/Valle

   **DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of September, 2020.

_[signature]_

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record